# Court of Appeals
# of the State of Georgia

ATLANTA,  September 10, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0168. KEVIN BROWN v. SPIVEY JUNCTION STATION, LLC.**

In February 2022, Spivey Junction Station, LLC filed this civil action against Kevin Brown. In June 2022, the trial court entered default judgment in favor of Spivey Junction Station. In August and December 2022, Brown filed motions to set aside the default judgment under OCGA § 9-11-60 (d), arguing that he had not been served with the lawsuit. The trial court denied those motions, and Brown appealed to this Court. We dismissed the appeal because OCGA § 5-6-35 (a) (8) provides that an appeal from an order denying a motion to set aside under OCGA § 9-11-60 (d) must come by application for discretionary appeal. See *Brown v. Spivey Junction Station, LLC*, Case No. A23A1493 (May 31, 2023).

In April 2025, Brown filed a "Motion to Vacate Judgment, for Restitution, and Sanctions," once again arguing that the default judgment should be set aside under OCGA § 9-11-60 (d) because he was never served. The trial court denied that motion, and Brown has filed another direct appeal. As before, we lack jurisdiction because Brown has no right of direct appeal here; rather, he must comply with the discretionary appeal procedures of OCGA § 5-6-35 to obtain review of the trial court's order. See OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006).

Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction. See *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564)

(2021) (compliance with the discretionary appeal procedure is jurisdictional, and failure to comply with that procedure requires dismissal of the appeal).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/10/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*